**Order entered January 11, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00143-CV

**THEODORE SIMMONS, Appellant**

**V.**

**MIDLAND FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01681-C**

## ORDER

We **REINSTATE** this appeal which we abated December 22, 2020 to allow the trial court an opportunity to conduct a hearing to determine if the reporter's record of the September 12, 2019 trial contains inaccuracies and/or omissions as asserted by appellant in a December 9, 2020 motion. The hearing was to be held by January 8, 2021.

Before the Court is the trial court's request for an extension of time to conduct the hearing. We **GRANT** the request and **ORDER** the trial court to

conduct the hearing **no later than January 25, 2021**. The findings requested of the trial court in our December 22nd order shall be included in a supplemental clerk's record to be filed **no later than January 27, 2021**. A reporter's record of the hearing shall also be filed **no later than January 27, 2021**. The portion of our December 22nd order concerning the filing of a conforming record should the trial court determine the reporter's record of the September 2019 trial contains inaccuracies and omissions **REMAINS IN EFFECT**.

Appellant's motion for reconsideration of the Court's December 8, 2020 order denying appellant's motion to abate for findings and conclusions under Texas Rule of Appellate Procedure 296, motion for extension of time to file his brief, and motion for judicial notice remain pending.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No.3; Dallas County Clerk John F. Warren; Janet Wright, Official Court Reporter for County Court at Law No. 3; LaToya Young, the reporter responsible for the record of the September 2019 trial; and, the parties.

We again **ABATE** the appeal to allow the trial court an opportunity to conduct the hearing. The appeal will be reinstated no later than February 5, 2021.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE